| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on June 5, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey** |
| In Re:<br><br>Joseph Gruttadauria and Sharyn Gruttadauria,<br><br>Debtors. | Case No.:    13-32839 (SLM)<br><br>Chapter:    7<br><br>Hearing Date:    May 17, 2017<br><br>Judge:    Stacey L. Meisel |

## ORDER GRANTING DEBTORS' OBJECTION TO DISALLOW
## PROOF OF CLAIM NO. 4

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: June 5, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor:                Joseph Gruttadauria and Sharyn Gruttadauria
Case No.:              13-32839 (SLM)
Caption of Order:      Order Granting Debtors' Objection to Disallow Proof of Claim No. 4

**WHEREAS** this matter was brought before the Court by the debtors Joseph Gruttadauria ("**Mr. Gruttadauria**") and Sharyn Gruttadauria (collectively, "**Debtors**"), by and through their counsel, Robert Rich, Esq., by *Objection to Navient Solutions, Inc.'s Proof of Claim* (the "**Objection**") (Docket No. 94);

**WHEREAS** the Objection sought, among other things, to disallow creditor Navient Solutions, Inc.'s ("**Navient**") Proof of Claim No. 4 on the following bases: the underlying claim is for a student loan guaranteed by Mr. Gruttadauria and made by non-party Julian W. Gruttadauria; the debt is not presently due and payable; and the Debtors concede the debt is non-dischargeable when and if it becomes an obligation of Mr. Gruttadauria;

**WHEREAS** Navient did not oppose or respond to the Debtors' Objection; it is hereby

**ORDERED** that Navient's Proof of Claim No. 4 is disallowed; and it is further

**ORDERED** that to the extent any of the above findings of fact constitute conclusions of law, they are adopted as such; and it is further

**ORDERED** that to the extent any of the above conclusions of law constitute findings of fact, they are adopted as such.