

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

Order Filed on June 28, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In re:

JOSEPH GRUTTADAURIA AND
SHARYN GRUTTADAURIA,

　　　　　　　　　　Debtors.

Chapter 7

Case No. 13-32839-DHS

Hearing date: June 13, 2017

Judge: Stacey L. Meisel

## CONSENT ORDER SETTLING ALL CLAIMS AND RESOLVING ALL DISPUTES

The relief set forth on the following page(s) numbered three (3) is hereby

DATED: June 28, 2017

ORDERED.

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Re: Joseph & Sharyn Gruttadauria, Debtors
Chapter 7; Case No. 13-32839-DHS
CONSENT ORDER SETTLING ALL CLAIMS AND RESOLVING ALL DISPUTES

THIS MATTER, having been opened to the Court upon a motion by debtors to pay all claims and settle all disputes with the Trustee and the parties having resolved all the issues between them and having agreed and consented hereto; it is

ORDERED that the within matter be and the same is hereby settled for the total sum of $50,000.00 to be paid in full to the Trustee by debtors on or before July 11, 2017; and is it further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall supply Trustee with documentation verifying the deposit into his trust account of $40,000.00 toward the agreed settlement; and it is further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall supply Trustee with documentation verifying the source of the settlement funds; and it is further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall file a motion or otherwise apply to the Court for an Order reclassifying the claim of Wells Fargo Bank NA which appears as #5 on the claims register from a secured claim to a general unsecured claim in the total sum of $4,641.90; and it further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall file a motion or otherwise apply to the Court for an order expunging the claim of Bank of America NA which appears as #8 on the claims register; and it is further

ORDERED that Trustee hereby limits the amount of the fees and expenses of Muscarella, Bochet, Edwards & D'Alessandro, P.C., the attorneys for Trustee herein, to $22,221.47 as set forth in the fee application presently returnable on July 11, 2017; and it is further

(Page 3)
Re:   Joseph & Sharyn Gruttadauria, Debtors
      Chapter 7; Case No. 13-32839-DHS
      CONSENT ORDER SETTLING ALL CLAIMS AND RESOLVING ALL DISPUTES

---

ORDERED that debtors hereby withdraw all objections to the aforesaid fee application of counsel for Trustee; and it is further

ORDERED that upon receipt of the settlement funds in full, Trustee shall withdraw the motion seeking Court approval of the contract of sale of real property owned by debtors returnable on July 11, 2017.

We hereby consent to the form
and entry of the within Order.

MUSCARELLA, BOCHET,                         ROBERT M. RICH, ESQ.
EDWARDS & D'ALESSANDRO, P.C.                Attorney for Debtors
Attorneys for Trustee

_____                   _____
James P. D'Alessandro, Esq.                 Robert M. Rich, Esq.