Order Filed on June 28, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

In re:

JOSEPH GRUTTADAURIA AND
SHARYN GRUTTADAURIA,

                Debtors.

Chapter 7

Case No. 13-32839-DHS

Hearing date: June 13, 2017

Judge:  Stacey L. Meisel

## CONSENT ORDER SETTLING ALL CLAIMS AND RESOLVING ALL DISPUTES

The relief set forth on the following page(s) numbered three (3) is hereby

DATED: June 28, 2017

ORD_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Re: Joseph & Sharyn Gruttadauria, Debtors
Chapter 7; Case No. 13-32839-DHS
**CONSENT ORDER SETTLING ALL CLAIMS AND RESOLVING ALL DISPUTES**

THIS MATTER, having been opened to the Court upon a motion by debtors to pay all claims and settle all disputes with the Trustee and the parties having resolved all the issues between them and having agreed and consented hereto; it is

ORDERED that the within matter be and the same is hereby settled for the total sum of $50,000.00 to be paid in full to the Trustee by debtors on or before July 11, 2017; and is it further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall supply Trustee with documentation verifying the deposit into his trust account of $40,000.00 toward the agreed settlement; and it is further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall supply Trustee with documentation verifying the source of the settlement funds; and it is further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall file a motion or otherwise apply to the Court for an Order reclassifying the claim of Wells Fargo Bank NA which appears as #5 on the claims register from a secured claim to a general unsecured claim in the total sum of $4,641.90; and it further

ORDERED that within 10 days of the date of the entry of this Order, counsel for debtors shall file a motion or otherwise apply to the Court for an order expunging the claim of Bank of America NA which appears as #8 on the claims register; and it is further

ORDERED that Trustee hereby limits the amount of the fees and expenses of Muscarella, Bochet, Edwards & D'Alessandro, P.C., the attorneys for Trustee herein, to $22,221.47 as set forth in the fee application presently returnable on July 11, 2017; and it is further

(Page 3)
Re:   Joseph & Sharyn Gruttadauria, Debtors
      Chapter 7; Case No. 13-32839-DHS
      CONSENT ORDER SETTLING ALL CLAIMS AND RESOLVING ALL DISPUTES

---

ORDERED that debtors hereby withdraw all objections to the aforesaid fee application of counsel for Trustee; and it is further

ORDERED that upon receipt of the settlement funds in full, Trustee shall withdraw the motion seeking Court approval of the contract of sale of real property owned by debtors returnable on July 11, 2017.

We hereby consent to the form
and entry of the within Order.

MUSCARELLA, BOCHET,                         ROBERT M. RICH, ESQ.
EDWARDS & D'ALESSANDRO, P.C.                Attorney for Debtors
Attorneys for Trustee

_____                   _____
James P. D'Alessandro, Esq.                 Robert M. Rich, Esq.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                      Case No. 13-32839-SLM
Joseph Gruttadauria                                         Chapter 7
Sharyn Gruttadauria
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin               Page 1 of 1         Date Rcvd: Jun 28, 2017
                            Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb         +Joseph Gruttadauria,    Sharyn Gruttadauria,    326 Grant Ave,    Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.
               bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Denise E.  Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. McQuade    on behalf of Creditor    NJCLASS lmcquade@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Robert M. Rich    on behalf of Joint Debtor Sharyn   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com
              Robert M. Rich    on behalf of Debtor Joseph   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9