UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on July 27, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Joseph Gruttadauria
Sharyn Gruttadauria

Case No.: 13-32839-SLM

Hearing Date: July 25, 2017

Judge: Stacey L. Meisel

Chapter: 7

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion To Sell Property Free and Clear of Liens under Section 363(f).

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____May 2_____, 20 17  by _Barbara Edwards_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*