| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

**Order Filed on July 27, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Joseph Gruttadauria
Sharyn Gruttadauria

| | |
|---|---|
| Case No.: | 13-32839-SLM |
| Hearing Date: | July 25, 2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 7 |

Recommended Local Form:    ❒ Followed    ❒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion To Sell Property Free and Clear of Liens under Section 363(f).

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____May 2_____, 20 _17_ by _Barbara Edwards_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-32839-SLM
Joseph Gruttadauria                                                   Chapter 7
Sharyn Gruttadauria
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db/jdb         +Joseph Gruttadauria,   Sharyn Gruttadauria,   326 Grant Ave,   Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Barbara   Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards     on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.
               bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. McQuade     on behalf of Creditor    NJCLASS lmcquade@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Robert M. Rich    on behalf of Joint Debtor Sharyn   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com
              Robert M. Rich    on behalf of Debtor Joseph   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9