UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
Counsel to Trustee
BAE7510

Order Filed on August 2, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Joseph Gruttadauria & Sharyn Gruttadauria,

Debtors.

Case No.: __13-32839-SLM__

Hearing Date: _____

Judge: _____Meisel_____

Chapter: _____7_____

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Muscarella Bochet, Edwards & D'Alessandro, PC<br>Counsel to Trustee | $22,099.20 | $122.27 |

*rev. 7/1/04 jml*