| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Muscarella, Bochet, Edwards & D'Alessandro, PC<br>10-04 River Road<br>Fair Lawn, NJ 07410<br>Telephone: 201-796-3100<br>Counsel to Trustee<br>BAE7510 | **Order Filed on August 2, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Joseph Gruttadauria & Sharyn Gruttadauria,<br><br>Debtors. | Case No.: 13-32839-SLM<br><br>Hearing Date: _____<br><br>Judge: Meisel<br><br>Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Muscarella Bochet, Edwards & D'Alessandro, PC<br>Counsel to Trustee | $22,099.20 | $122.27 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-32839-SLM
Joseph Gruttadauria                                                     Chapter 7
Sharyn Gruttadauria
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Aug 02, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db/jdb          +Joseph Gruttadauria,    Sharyn Gruttadauria,    326 Grant Ave,    Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Barbara    Edwards    on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.
                bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Barbara    Edwards     bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. McQuade    on behalf of Creditor    NJCLASS lmcquade@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Robert M. Rich    on behalf of Joint Debtor Sharyn    Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com
              Robert M. Rich    on behalf of Debtor Joseph    Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9