UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

_____

In re:

**JOSEPH GRUTTADAURIA AND
SHARYN GRUTTADAURIA,**

                  Debtors.

Order Filed on October 10,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Chapter 7

Case No. 13-32839-SLM

Hearing date: 10/3/17 @ 10:00 am

Judge: Stacey L. Meisel

**ORDER COMPELLING COUNSEL FOR DEBTORS TO
FILE CERTAIN APPLICATIONS WITH THE COURT**

The relief set forth on the following page(s) numbered two (2) is hereby

**ORDERED**

**DATED: October 10, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Re: Joseph Gruttadauria and Sharyn Gruttadauria, Debtors
Chapter 7; Case No. 13-32839-SLM
ORDER COMPELLING COUNSEL FOR DEBTORS TO FILE CERTAIN APPLICATIONS WITH THE COURT

---

**THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion to compel the counsel for debtors to file certain objection to claims and the Court having considered the affidavit in support of the Motion and any opposition submitted thereto, Counsel for Debtor having failed to comply with the Consent Order entered by this Court on June 28, 2017, and good cause having been shown; it is

**ORDERED** that counsel for debtors be and is hereby directed to file a motion or otherwise apply to the Court for an Order reclassifying the claim of Wells Fargo Bank from a secured to a general unsecured claim; and it is further

**ORDERED** that counsel for debtors be and is hereby directed to file a motion or otherwise apply to the Court for an Order expunging the claim of Bank of America; and it is further

ORDERED that Robert M. Rich is in contempt of the Consent Order entered June 28, 2017 (Docket Number 152); and it is further

ORDERED that Robert M. Rich shall remit to Muscarella, Bochet, Edwards & D'Alessandro, P.C., Counsel to the Trustee, the sum of $750.00 for the prosecution of the within Motion, payable within 15 days of the date of the entry of this Order.