UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

_____

In re:

**JOSEPH GRUTTADAURIA AND
SHARYN GRUTTADAURIA,**

                      Debtors.

Order Filed on October 10,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Chapter 7

Case No. 13-32839-SLM

Hearing date: 10/3/17 @ 10:00 am

Judge: Stacey L. Meisel

**ORDER COMPELLING COUNSEL FOR DEBTORS TO
FILE CERTAIN APPLICATIONS WITH THE COURT**

**The relief set forth on the following page(s) numbered two (2) is hereby**

                                   **ORDERED**

**DATED: October 10, 2017**

                                 /s/ Stacey L. Meisel
                                 Honorable Stacey L. Meisel
                                 United States Bankruptcy Judge

(Page 2)
Re:   Joseph Gruttadauria and Sharyn Gruttadauria, Debtors
      Chapter 7; Case No. 13-32839-SLM
      **ORDER COMPELLING COUNSEL FOR DEBTORS TO FILE CERTAIN APPLICATIONS WITH THE COURT**

_____

**THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion to compel the counsel for debtors to file certain objection to claims and the Court having considered the affidavit in support of the Counsel for Debtor having failed to comply with the Consent Order entered by this Court on June 28, 2017, Motion and any opposition submitted thereto, and good cause having been shown; it is

**ORDERED** that counsel for debtors be and is hereby directed to file a motion or otherwise apply to the Court for an Order reclassifying the claim of Wells Fargo Bank from a secured to a general unsecured claim; and it is further

**ORDERED** that counsel for debtors be and is hereby directed to file a motion or otherwise apply to the Court for an Order expunging the claim of Bank of America; and it is further

ORDERED that Robert M. Rich is in contempt of the Consent Order entered June 28, 2017 (Docket Number 152); and it is further

ORDERED that Robert M. Rich shall remit to Muscarella, Bochet, Edwards & D'Alessandro, P.C., Counsel to the Trustee, the sum of $750.00 for the prosecution of the within Motion, payable within 15 days of the date of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Gruttadauria  
Sharyn Gruttadauria  
      Debtors

Case No. 13-32839-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 10, 2017  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db/jdb         +Joseph Gruttadauria,    Sharyn Gruttadauria,    326 Grant Ave,    Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:

           Barbara    Edwards    on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,  
             NJ48@ecfcbis.com  
           Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.  
             bedwardstrustee@aol.com,    NJ48@ecfcbis.com  
           Barbara    Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
           Lisa M. McQuade    on behalf of Creditor    NJCLASS lmcquade@feinsuch.com  
           R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
           Robert M. Rich    on behalf of Joint Debtor Sharyn    Gruttadauria rrlaw@aol.com,  
             G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
           Robert M. Rich    on behalf of Debtor Joseph    Gruttadauria rrlaw@aol.com,  
             G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
           United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                      TOTAL: 9