```
ROBERT M. RICH (RR1088)
25 Pompton Avenue
ROBERT M. RICH (RR1088)
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Debtors
```

|  |  |
|---|---|
|  | :UNITED STATES BANKRUPTCY COURT |
|  | :DISTRICT OF NEW JERSEY |
| In Re: | :CASE NO:  13-32839 |
|  | :Hearing Date: |
| JOSEPH GRUTTADAURIA | :JUDGE: |
| AND SHARYN GRUTTADAURIA, | : |
|  | : |
| Debtors. | : CERTIFICATION OF ROBERT M. RICH |
|  | : IN OPPOSITION TO THE NOTICE OF |
|  | : MOTION FOR ACCOUNTANT'S FEES |

ROBERT M. RICH, of full age, certifies as follows:

1. I am an Attorney-at-Law of the State of New Jersey and I represent the debtors in the within matter.  I make this Certification of my own personal knowledge.

2. There is presently pending before the Court an application by Gramkow, Carnevale, Seifert & Co., LC, accountants for $2,403.75 for performing some sort of service on behalf of the bankruptcy estate.

3. I have requested, in writing, from the attorney for the trustee a copy of the returns which forms the basis of the application made herein. That request was faxed to them on December 6, 2017 and no response has been received.

4. Absent a copy of the subject returns, it is impossible to ascertain whether or not this is a meritorious application.

5. I would request that the application by the accountants for fees be denied as my reasonable request for a copy of the work product has yet to complied with.

6. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ROBERT M. RICH

Dated:   December 13, 2017