**MUSCARELLA, BOCHET,**
**EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CASE NO. 13-32839-SLM**

| | | |
|---|---|---|
| In the Matter of: | : | **Hearing Date - 1/2/18 @ 2:30 p.m.** |
| | : | |
| JOSEPH GRUTTADAURIA AND | : | **AFFIDAVIT IN REPLY TO THE OBJECTION** |
| | | **TO FEE APPLICATION OF ACCOUNTANT** |
| SHARYN GRUTTADAURIA, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

STATE OF NEW JERSEY )
                      ss:
COUNTY OF BERGEN )

       **JAMES P. D'ALESSANDRO,** of full age, being duly sworn according to law, upon his oath,

deposes and says:

1.      I am a member of the law firm of Muscarella, Bochet, Edwards and D'Alessandro, P.C,

        attorneys for the Trustee in the above matter.

2.      On December 13, 2017, Robert Rich, counsel for the debtors, submitted opposition to the

        fee application of Gramkow, Carnevale, Seifert & Company, the court appointed

        accountants retained by the Trustee.

3.      The objection was based on Trustee's failure to send copies of the bankruptcy estate's

        federal and state tax returns to counsel for debtors.

4.      Trustee mailed the returns to counsel and on December 28, 2017, I confirmed in a

telephone call with a member of the office state of Mr. Rich receipt of the returns.

5.      Accordingly, the objection to the subject fee application should be withdrawn or

considered moot.


                                                  /s/     JAMES P. D'ALESSANDRO
                                                       JAMES P. D'ALESSANDRO


Sworn and subscribed to
before me this 28th day of
December, 2017.

  /s/ Patrice L. Capozzi
Patrice L. Capozzi
Notary Public of New Jersey
My Commission Expires: June 15, 2018 .