UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Barbara A. Edwards, Esq., Interim Trustee
c/o Muscarella, Bochet, Edwards & D'Alessandro, P.C.
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100

Order Filed on January 10, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In re:

JOSEPH GRUTTADAURIA and SHARYN GRUTTADAURIA,

Debtors..

Case No. 13-32839-SLM

Adv. Pro. No.

Hearing Date: 11/21/17

Judge: Meisel

## AMENDED ORDER MODIFYING AND EXPUNGING CLAIMS

The relief set forth on the following pages, numbered two(2) through two is hereby **ORDERED.**

Dated:

**DATED: January 10, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

RE: **JOSEPH GRUTTADAURIA and SHARYN GRUTTADAURIA, Debtors**
**Chapter 7; Case No. 13-32839-SLM**
PAGE: Two
**AMENDED ORDER MODIFYING AND EXPUNGING CLAIMS**

---

Upon consideration of the application of Robert M. Rich, on behalf of the debtors, and for cause shown, it is hereby

ORDERED as follows:

A. That the claim of Wells Fargo Bank, N.A., Claim No. 5 on the Claim Register, be changed from a secured claim to a general unsecured claim in the amount of $4,641.91; and

B. That the claim of Bank of America, N.A., which appears as No. 8 on the Claims Register be expunged.