UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Barbara A. Edwards, Esq., Interim Trustee
c/o Muscarella, Bochet, Edwards &
D'Alessandro, P.C.
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100

In re:

JOSEPH GRUTTADAURIA and SHARYN
GRUTTADAURIA,

              Debtors..

Order Filed on January 10,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No. 13-32839-SLM

Adv. Pro. No.

Hearing Date: 11/21/17

Judge: Meisel

## AMENDED ORDER MODIFYING AND EXPUNGING CLAIMS

The relief set forth on the following pages, numbered two(2) through two is hereby **ORDERED**.

Dated:

**DATED: January 10, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

RE:    **JOSEPH GRUTTADAURIA and SHARYN GRUTTADAURIA, Debtors**
       **Chapter 7; Case No. 13-32839-SLM**
PAGE:  **Two**
       **AMENDED ORDER MODIFYING AND EXPUNGING CLAIMS**

---

Upon consideration of the application of Robert M. Rich, on behalf of the debtors, and for cause shown, it is hereby

ORDERED as follows:

A. That the claim of Wells Fargo Bank, N.A., Claim No. 5 on the Claim Register, be changed from a secured claim to a general unsecured claim in the amount of $4,641.91; and

B. That the claim of Bank of America, N.A., which appears as No. 8 on the Claims Register be expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-32839-SLM
Joseph Gruttadauria                                                             Chapter 7
Sharyn Gruttadauria
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db/jdb         +Joseph Gruttadauria,   Sharyn Gruttadauria,   326 Grant Ave,   Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Barbara   Edwards    on behalf of Accountant    Gramkow, Carnevale, Seifert & Co, LLC
               bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.
               bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. McQuade    on behalf of Creditor    NJCLASS lmcquade@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Robert M. Rich    on behalf of Joint Debtor Sharyn   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              Robert M. Rich    on behalf of Debtor Joseph   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 10