

Order Filed on February 8, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Barbara A. Edwards, Esq., Interim Trustee
c/o Muscarella, Bochet, Peck & Edwards, P.C.
10-04 River Road
Fair Lawn, New Jersey 07410
Telephone: 201-796-3100

In re:

JOSEPH GRUTTADAURIA and SHARYN GRUTTADAURIA,

        Debtors.

Case No. 13-32839-SLM

Adv. Pro. No.

Hearing Date: 2/6/18

Judge: Meisel

## CONSENT ORDER FIXING THE FEE OF GRAMKOW, CARNEVALE, SEIFERT & CO., LLC

The relief set forth on the following pages, numbered two(2) is hereby **ORDERED**.

Dated:
DATED: February 8, 2018

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
RE: Joseph Gruttadauria and Sharyn Gruttadauria, Debtors
Chapter 7; Case No. 13-32839-SLM
CONSENT ORDER FIXING THE FEE OF GRAMKOW, CARNEVALE, SEIFERT & CO., LLC

THIS MATTER, being opened to the Court upon the application of Gramkow, Carnevale, Siefert & Co., LLC for approval of professional fees for accounting services rendered on behalf of the trustee and the debtors having objected thereto, and the parties having resolved the dispute between them and having agreed and consented hereto; it is

ORDERED that the fee of Gramkow, Carnevale, Seifert & Co., LLC for accounting services rendered on behalf of the trustee herein be and the same is hereby fixed in the sum of $1,500.00.

WE HEREBY CONSENT TO THE
FORM AND ENTRY OF THE WITHIN
CONSENT ORDER.

MUSCARELLA, BOCHET, EDWARDS &
D'ALESSANDRO, P.C.
Counsel to Trustee

By: _____
JAMES P. D'ALESSANDRO
For the Firm

_____
ROBERT M. RICH
Attorney for Debtors