

Order Filed on February 8, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Barbara A. Edwards, Esq., Interim Trustee
c/o Muscarella, Bochet, Peck & Edwards, P.C.
10-04 River Road
Fair Lawn, New Jersey 07410
Telephone: 201-796-3100

In re:

JOSEPH GRUTTADAURIA and SHARYN GRUTTADAURIA,

          Debtors.

Case No. 13-32839-SLM

Adv. Pro. No.

Hearing Date: 2/6/18

Judge: Meisel

## CONSENT ORDER FIXING THE
## FEE OF GRAMKOW, CARNEVALE, SEIFERT & CO., LLC

The relief set forth on the following pages, numbered two(2) is hereby **ORDERED.**

Dated:
**DATED: February 8, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
RE:     Joseph Gruttadauria and Sharyn Gruttadauria, Debtors
        Chapter 7; Case No. 13-32839-SLM
        CONSENT ORDER FIXING THE FEE OF GRAMKOW, CARNEVALE,
        SEIFERT & CO., LLC

THIS MATTER, being opened to the Court upon the application of Gramkow, Carnevale, Siefert & Co., LLC for approval of professional fees for accounting services rendered on behalf of the trustee and the debtors having objected thereto, and the parties having resolved the dispute between them and having agreed and consented hereto; it is

ORDERED that the fee of Gramkow, Carnevale, Seifert & Co., LLC for accounting services rendered on behalf of the trustee herein be and the same is hereby fixed in the sum of $1,500.00.

WE HEREBY CONSENT TO THE
FORM AND ENTRY OF THE WITHIN
CONSENT ORDER.

MUSCARELLA, BOCHET, EDWARDS &
D'ALESSANDRO, P.C.
Counsel to Trustee

By: _____
     JAMES P. D'ALESSANDRO
     For the Firm

_____
ROBERT M. RICH
Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 13-32839-SLM
Joseph Gruttadauria                                                                      Chapter 7
Sharyn Gruttadauria
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Feb 08, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db/jdb         +Joseph Gruttadauria,    Sharyn Gruttadauria,    326 Grant Ave,    Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              Barbara   Edwards    on behalf of Accountant    Gramkow, Carnevale, Seifert & Co, LLC
               bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.
               bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. McQuade    on behalf of Creditor    NJCLASS lmcquade@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Robert M. Rich    on behalf of Joint Debtor Sharyn   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              Robert M. Rich    on behalf of Debtor Joseph   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10