**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:** 13−32839−SLM | **DATE FILED::** 10/18/13 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Joseph Gruttadauria<br>xxx−xx−6836<br><br>Sharyn Gruttadauria<br>xxx−xx−4137 | **ADDRESS OF DEBTOR(S):**<br><br>326 Grant Ave<br>Nutley, NJ 07110<br><br>326 Grant Ave<br>Nutley, NJ 07110 |
| DEBTOR'S ATTORNEY:<br>Robert M. Rich<br>25 Pompton Ave.<br>Verona, NJ 07044<br><br>(973) 239−2255<br><br>Robert M. Rich<br>25 Pompton Ave.<br>Verona, NJ 07044<br><br>(973) 239−2255 | TRUSTEE:<br>Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10−04 River Road<br>Fair Lawn, NJ 07410<br>(201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/7/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 12, 2018                              FOR THE COURT
                                                   Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Gruttadauria  
Sharyn Gruttadauria  
    Debtors

Case No. 13-32839-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4    Date Rcvd: Mar 12, 2018  
                       Form ID: noa    Total Noticed: 101

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.

```
db/jdb        +Joseph Gruttadauria,    Sharyn Gruttadauria,    326 Grant Ave,    Nutley, NJ 07110-2818
aty           +Muscarella, Bochet, Edwards & D'Alessandro, P.C.,    10-04 River Road,
                Fair Lawn, NJ 07410-1433
aty           +Muscarella, Bochet, Edwards & D'Alessandro, PC,    Muscarella, Bochet, Edwards & D'Alessand,
                10-04 River Road,    Fair Lawn, NJ 07410-1433
r             +Coldwell Banker Residential Brokerage,    360 Franklin Avenue,    Wychoff, NJ 07481-1909
acc           +Gramkow, Carnevale, Seifert & Co, LLC,    2 Forest Avenue,    Oradell, NJ 07649-1958
cr            +NJCLASS,    PO Box 544,    Trenton, NJ 08625-0544
cr            +RBS Citizens, N.A.,    443 Jefferson Blvd.,    RJW135,    Warwick, RI 02886-1321
514291180    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
514291183     +Annie Sez,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
514291216     +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd MS RJW-135,
                Warwick, RI 02886-1321
515171551     +Citizens Bank f/k/a RBS Citizens NA,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
514291254     +Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
515050965     +NJClass,    PO Box 548,    Trenton, NJ 08625-0548
514291261     +RBS Citizens,    480 Jefferson Blvd,    Warwick, RI 02886-1359
514291259     +Radio/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
514291260     +Raymore & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
514291262     +Rshk/cbsd,    Attn.: Citi Centralized Bankruptcy,    PO Box 20363,    Kansas City, MO 64195-0363
514291272     +State Of Nj Student As,    PO Box 548,    Attn: Bankruptcy Department,    Trenton, NJ 08625-0548
514291270     +State Of Nj Student As,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
514291277     +Valley National Bank,    31-00 Broadway,    Fair Lawn, NJ 07410-3955
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2018 23:59:43     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:40     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
auc           +E-mail/Text: msklar@ajwillnerauctions.com Mar 12 2018 23:59:39     A.J. Willner Auctions, LLC,
                PO Box 1012,    Springfield, NJ 07081-5012
514291182      EDI: HNDA.COM Mar 13 2018 03:23:00      American Honda Finance*,    PO Box 168088,
                Irving, TX, 75016
514291181      EDI: AMEREXPR.COM Mar 13 2018 03:23:00      American Express,    PO Box 981535,
                El Paso, TX 79998-1535
515000158      EDI: BECKLEE.COM Mar 13 2018 03:23:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
514291186      EDI: BANKAMER.COM Mar 13 2018 03:23:00      Bank Of America,    Po Box 982235,
                El Paso, TX 79998
514291189      EDI: BANKAMER.COM Mar 13 2018 03:23:00      Bank Of America*,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC, 27410
514291190      EDI: BANKAMER.COM Mar 13 2018 03:23:00      Bank Of America*,    P.O. Box 982236,
                El Paso, TX, 79998
514291192      EDI: BANKAMER.COM Mar 13 2018 03:23:00      Bank Of America, N.a.,    4161 Piedmont Pkwy,
                Greensboro, NC 27410
514291185      EDI: BANKAMER.COM Mar 13 2018 03:23:00      Bank of America,    4161 Piedmont Parkway,
                Greensboro, NC 27410
515010555     +EDI: BANKAMER.COM Mar 13 2018 03:23:00      BANK OF AMERICA, N.A.,    Bankruptcy Department,
                Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
514291184     +EDI: BANKAMER2.COM Mar 13 2018 03:23:00      Bac/fleet-bkcard,    200 Tournament Dr,
                Horsham, PA 19044-3606
514291191     +EDI: BANKAMER2.COM Mar 13 2018 03:23:00      Bank Of America, N.a.,    201 N Tryon St,
                Charlotte, NC 28202-2146
514291195     +EDI: BANKAMER.COM Mar 13 2018 03:23:00      Bk Of Amer*,
                Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
514291199      EDI: CAPITALONE.COM Mar 13 2018 03:23:00      Cap One,    Po Box 85520,    Richmond, VA 23285
514291213      EDI: CITICORP.COM Mar 13 2018 03:23:00      Citibank Sd, Na*,    Attn: Centralized Bankruptcy,
                PO Box 20363,    Kansas City, MO, 64195
514291214      EDI: CITICORP.COM Mar 13 2018 03:23:00      Citibank Usa*,
                Citicorp Credit Services/Attn:Centralize,    PO Box 20507,    Kansas City, MO, 64195
514291215      EDI: CITICORP.COM Mar 13 2018 03:23:00      Citibank*,    Attn: Centralized Bankruptcy,
                PO Box 20363,    Kansas City, MO, 64195
514291198     +EDI: CAPITALONE.COM Mar 13 2018 03:23:00      Cap One,    26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
514291200     +EDI: CAPITALONE.COM Mar 13 2018 03:23:00      Capital 1 Bank*,    Attn: Bankruptcy Dept.,
                PO Box 30285,    Salt Lake City, UT 84130-0285
515000157      EDI: BL-BECKET.COM Mar 13 2018 03:23:00      Capital One, N.A.,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
514291201     +EDI: WFNNB.COM Mar 13 2018 03:23:00      Cb/frtnoff,    Po Box 182273,    Columbus, OH 43218-2273
514291202     +EDI: CHASE.COM Mar 13 2018 03:23:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514291209     +EDI: CHASE.COM Mar 13 2018 03:23:00      Chase Mht Bk*,    Attn:Bankruptcy Dept,    PO Box 15298,
                Wilmington, DE 19850-5298
```

```
District/off: 0312-2          User: admin              Page 2 of 4                  Date Rcvd: Mar 12, 2018
                              Form ID: noa             Total Noticed: 101


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514291210      +EDI: CHASE.COM Mar 13 2018 03:23:00       Chase-pier1,    Po Box 15298,
                 Wilmington, DE 19850-5298
514291211      +EDI: CITICORP.COM Mar 13 2018 03:23:00       Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
514291212      +EDI: CITICORP.COM Mar 13 2018 03:23:00       Citi Cards,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
515641749      +EDI: CITICORP.COM Mar 13 2018 03:23:00       Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
514291221      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/Mandees*,    Attn: Bankruptcy,
                 PO Box 182686,    Columbus, OH 43218-2686
514291222      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/Mandees*,    PO Box 182686,
                 Columbus, OH 43218-2686
514291217      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/anniesez,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
514291218      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/express,    Po Box 182789,
                 Columbus, OH 43218-2789
514291219      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/limited,    Po Box 182789,
                 Columbus, OH 43218-2789
514291220      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/mandee,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
514291223      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/pier 1,    4590 E Broad St,
                 Columbus, OH 43213-1301
514291224      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Comenity Bank/vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
514291280       EDI: RCSDELL.COM Mar 13 2018 03:23:00       Webbank/dfs,    1 Dell Way,   Round Rock, TX 78682
514291225       EDI: RCSDELL.COM Mar 13 2018 03:23:00       Dell Financial Services*,
                 Dell Financial Services Attn: Bankrupcty,     PO Box 81577,    Austin, TX, 78708
514291226      +EDI: DISCOVER.COM Mar 13 2018 03:23:00       Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
514291227      +EDI: TSYS2.COM Mar 13 2018 03:23:00       Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
514291229      +EDI: TSYS2.COM Mar 13 2018 03:23:00       Dsnb Bloomingdales*,    Macy's Bankruptcy Dept.,
                 6356 Corley Road,    Norcross, GA 30071-1704
514291231      +EDI: WFNNB.COM Mar 13 2018 03:23:00       Express/Comenity Bank*,    Attention: Bankruptcy Dept,
                 PO Box 182686,    Columbus, OH 43218-2686
514291232       EDI: FORD.COM Mar 13 2018 03:23:00       Ford Motor Credit Corporation*,    Ford Motor Credit,
                 PO Box 6275,    Dearborn, MI, 48121
514291256       EDI: FORD.COM Mar 13 2018 03:23:00       Mazda Amer Cr*,    Ford Credit,    PO Box 6275,
                 Dearborn, MI, 48121
514291233      +EDI: FORD.COM Mar 13 2018 03:23:00       Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
514291234      +EDI: RMSC.COM Mar 13 2018 03:23:00       GECRB / JC Penney*,    Attn: Bankruptcy Dept,
                 PO Box 103104,    Roswell, GA 30076-9104
514291235      +EDI: RMSC.COM Mar 13 2018 03:23:00       GECRB/ Old Navy*,    Attention: GEMB,    PO Box 103104,
                 Roswell, GA 30076-9104
514291237      +EDI: RMSC.COM Mar 13 2018 03:23:00       GECRB/Gap*,    Attn: bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
514291240      +EDI: RMSC.COM Mar 13 2018 03:23:00       GECRB/JC Penny*,    Attention: Bankruptcy,
                 PO Box 103104,    Roswell, GA 30076-9104
514291245      +EDI: RMSC.COM Mar 13 2018 03:23:00       GECRB/PC Richard*,    Attn: Bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
514291247      +EDI: RMSC.COM Mar 13 2018 03:23:00       GEMB/PC Richards & Sons*,    Attention: Bankruptcy,
                 PO Box 103104,    Roswell, GA 30076-9104
514291236      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/gap,    Po Box 965005,    Orlando, FL 32896-5005
514291238      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/gapdc,    Po Box 965005,    Orlando, FL 32896-5005
514291239      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/jc Penney Dc,    Po Box 965007,
                 Orlando, FL 32896-5007
514291241      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/jcp,    P.o. Box 965008,    Orlando, FL 32896-5008
514291242      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
514291243      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/pc Richard,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
514291244      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/pc Richard,    Po Box 981439,
                 El Paso, TX 79998-1439
514291246      +EDI: RMSC.COM Mar 13 2018 03:23:00       Gecrb/tjx Cos,    Po Box 965005,    Orlando, FL 32896-5005
514291248      +E-mail/Text: hannlegal@hannfinancial.com Mar 12 2018 23:59:22       Hann Financial Service,
                 1 Centre Dr,    Jamesburg, NJ 08831-1564
514291249      +EDI: WFFC.COM Mar 13 2018 03:23:00       Homeprjvisa,    Po Box 94498,    Las Vegas, NV 89193-4498
514291250      +EDI: HFC.COM Mar 13 2018 03:23:00       Hsbc Bank,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
514291251      +EDI: HFC.COM Mar 13 2018 03:23:00       Hsbc Bank*,    Attention: HSBC Retail Services,
                 PO Box 5264,    Carol Stream, IL 60197-5264
514291252      +EDI: HFC.COM Mar 13 2018 03:23:00       Hsbc/saks,    Po Box 10327,    Jackson, MS 39289-0327
514291253      +EDI: CBSKOHLS.COM Mar 13 2018 03:23:00       Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
514291255      +EDI: FORD.COM Mar 13 2018 03:23:00       Mazda Amer Cr,    9009 Caruthers Pkwy,
                 Franklin, TN 37067-1704
514921248       EDI: NAVIENTFKASMSERV.COM Mar 13 2018 03:23:00       Navient Solutions Inc.,    Po Box9640,
                 Wilkes-Barre, PA 18773-9640
```

```
District/off: 0312-2          User: admin              Page 3 of 4              Date Rcvd: Mar 12, 2018
                              Form ID: noa             Total Noticed: 101


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515210142        EDI: NAVIENTFKASMSERV.COM Mar 13 2018 03:23:00     Navient Solutions, Inc.,    P.O. Box 9640,
                 Wilkes-Barre, PA 18773-9640
514291258       +E-mail/Text: bnc@nordstrom.com Mar 12 2018 23:59:11      Nordstrom FSB*,
                 Attention: Account Services,    PO Box 6566,   Englewood, CO 80155-6566
514291257       +E-mail/Text: bnc@nordstrom.com Mar 12 2018 23:59:11      Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
514863027        EDI: Q3G.COM Mar 13 2018 03:23:00      Quantum3 Group LLC as agent for,     Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
514291263        EDI: WFFC.COM Mar 13 2018 03:23:00      Rymr&flnign,    Cscl Dispute Team,    Des Moines, IA 50306
514291264       +EDI: NAVIENTFKASMSERV.COM Mar 13 2018 03:23:00     Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
514291265       +EDI: SEARS.COM Mar 13 2018 03:23:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515012560        EDI: RMSC.COM Mar 13 2018 03:23:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
514291274       +EDI: WTRRNBANK.COM Mar 13 2018 03:23:00      Target N.b.,    Po Box 673,
                 Minneapolis, MN 55440-0673
514291275       +EDI: CITICORP.COM Mar 13 2018 03:23:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514291276       +EDI: WFNNB.COM Mar 13 2018 03:23:00      The Limited/WFNNB*,    WFNNB/Attn: Bankruptcy,
                 PO Box 182686,    Columbus, OH 43218-2686
514291279       +EDI: WFNNB.COM Mar 13 2018 03:23:00      Victoria's Secret*,    Attention: Bankruptcy,
                 PO Box 182125,    Columbus, OH 43218-2125
514937122        EDI: WFFC.COM Mar 13 2018 03:23:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA    50306-0438
                                                                                              TOTAL: 81


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515054995*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514291187*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
514291188*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
514291193*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
514291194*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
514291196*      +Bk Of Amer*,    Attn: Correspondence Unit/CA6-919-02-41,     PO Box 5170,
                 Simi Valley, CA 93062-5170
514291197*      +Bk Of Amer*,    Attn: Correspondence Unit/CA6-919-02-41,     PO Box 5170,
                 Simi Valley, CA 93062-5170
515121242*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514291203*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514291204*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514291205*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514291206*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514291207*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514291208*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514860857*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
514291228*      +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
514291230*      +Dsnb Bloomingdales*,    Macy's Bankruptcy Dept.,    6356 Corley Road,    Norcross, GA 30071-1704
514291249*       Navient Solutions Inc.,    Po Box9640,   Wilkes-Barre, PA 18773-9640
514291266*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514291267*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514291268*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514291269*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514291271*      +State Of Nj Student As,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
514291273*      +State Of Nj Student As*,    PO Box 548,    Attn: Bankruptcy Department,    Trenton, NJ 08625-0548
514291278*      +Valley National Bank,    31-00 Broadway,    Fair Lawn, NJ 07410-3955
                                                                                   TOTALS: 0, * 25, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin                  Page 4 of 4                  Date Rcvd: Mar 12, 2018
                               Form ID: noa                 Total Noticed: 101
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, P.C.
               bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Accountant    Gramkow, Carnevale, Seifert & Co, LLC
               bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. McQuade    on behalf of Creditor    NJCLASS lmcquade@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Robert M. Rich    on behalf of Debtor Joseph   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              Robert M. Rich    on behalf of Joint Debtor Sharyn   Gruttadauria rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```