Form 192 – aplccmpnrpt

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13–32839–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Gruttadauria                      Sharyn Gruttadauria
326 Grant Ave                            326 Grant Ave
Nutley, NJ 07110                         Nutley, NJ 07110

Social Security No.:
    xxx–xx–6836                          xxx–xx–4137

Employer's Tax I.D. No.:

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,**
**OF HEARING ON APPLICATIONS FOR COMPENSATION**
**(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Stacey L. Meisel on:

DATE:              August 7, 2018
TIME:              02:30 PM
LOCATION:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $50,000.00
TOTAL DISBURSEMENTS:          $22,246.10
BALANCE ON HAND:             $27,753.90

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Barbara A. Edwards,
Trustee

COMMISSION OR FEES
$5,750.00

EXPENSES
$80.08

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: July 10, 2018
JAN: lc


                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 13-32839-SLM
Joseph Gruttadauria                                              Chapter 7
Sharyn Gruttadauria
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 4          Date Rcvd: Jul 10, 2018
                             Form ID: 192           Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
```
db/jdb       +Joseph Gruttadauria,  Sharyn Gruttadauria,   326 Grant Ave,   Nutley, NJ 07110-2818
aty          +Muscarella, Bochet, Edwards & D'Alessandro, P.C.,   10-04 River Road,
              Fair Lawn, NJ 07410-1433
aty          +Muscarella, Bochet, Edwards & D'Alessandro, PC,   Muscarella, Bochet, Edwards & D'Alessand,
              10-04 River Road,   Fair Lawn, NJ 07410-1433
r            +Coldwell Banker Residential Brokerage,   360 Franklin Avenue,   Wychoff, NJ 07481-1909
acc          +Gramkow, Carnevale, Seifert & Co, LLC,   2 Forest Avenue,   Oradell, NJ 07649-1958
cr           +NJCLASS,   PO Box 544,   Trenton, NJ 08625-0544
cr           +RBS Citizens, N.A.,   443 Jefferson Blvd.,   RJW135,   Warwick, RI 02886-1321
514291180    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: Am Honda Fin,   201 Little Falls Dr,   Wilmington, DE 19808)
514291181     American Express,   PO Box 981535,   El Paso, TX 79998-1535
515000158     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514291183    +Annie Sez,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
514291186    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
515010555    +BANK OF AMERICA, N.A.,   Bankruptcy Department,   Mail Stop CA6-919-01-23,   400 National Way,
              Simi Valley, CA 93065-6414
514291184    +Bac/fleet-bkcard,   200 Tournament Dr,   Horsham, PA 19044-3606
514291191    +Bank Of America, N.a.,   201 N Tryon St,   Charlotte, NC 28202-2146
514291195    +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,
              Simi Valley, CA 93062-5170
514291213    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na*,   Attn: Centralized Bankruptcy,   PO Box 20363,
              Kansas City, MO, 64195)
515000157     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514291202    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291209    +Chase Mht Bk,   Attn:Bankruptcy Dept,   PO Box 15298,   Wilmington, DE 19850-5298
514291210    +Chase-pier1,   Po Box 15298,   Wilmington, DE 19850-5298
514291211    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
514291212    +Citi Cards,   Po Box 6497,   Sioux Falls, SD 57117-6497
515641749    +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
514291216    +Citizens Bank,   Attn: Bankruptcy Dept,   443 Jefferson Blvd MS RJW-135,
              Warwick, RI 02886-1321
515171551    +Citizens Bank f/k/a RBS Citizens NA,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
514291225    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services*,   Dell Financial Services Attn: Bankrupcty,
              PO Box 81577,   Austin, TX, 78708)
514291227    +Dsnb Bloom,   9111 Duke Blvd,   Mason, OH 45040-8999
514291229    +Dsnb Bloomingdales,   Macy's Bankruptcy Dept.,   6356 Corley Road,   Norcross, GA 30071-1704
514291232    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Corporation*,   Ford Motor Credit,   PO Box 6275,
              Dearborn, MI, 48121)
514291233    +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000
514291249    +Homeprjvisa,   Po Box 94498,   Las Vegas, NV 89193-4498
514291251    +Hsbc Bank,   Attention: HSBC Retail Services,   PO Box 5264,   Carol Stream, IL 60197-5264
514291250    +Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
514291254    +Mandees,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
514291255    +Mazda Amer Cr,   9009 Caruthers Pkwy,   Franklin, TN 37067-1704
515050965    +NJClass,   PO Box 548,   Trenton, NJ 08625-0548
514291261    +RBS Citizens,   480 Jefferson Blvd,   Warwick, RI 02886-1359
514291259    +Radio/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
514291290    +Raymore & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
514291262    +Rshk/cbsd,   Attn.: Citi Centralized Bankruptcy,   PO Box 20363,   Kansas City, MO 64195-0363
514291263     Rymr&flnign,   Cscl Dispute Team,   Des Moines, IA 50306
514291265    +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514291272    +State Of Nj Student As,   PO Box 548,   Attn: Bankruptcy Department,   Trenton, NJ 08625-0548
514291270    +State Of Nj Student As,   4 Quakenbridge Plz,   Trenton, NJ 08619-1241
514291274    +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
514291275    +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
514291277    +Valley National Bank,   31-00 Broadway,   Fair Lawn, NJ 07410-3955
514937122     Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2018 23:31:05     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2018 23:31:00     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
auc          +E-mail/Text: msklar@ajwillnerauctions.com Jul 10 2018 23:30:56     A.J. Willner Auctions, LLC,
              PO Box 1012,   Springfield, NJ 07081-5012
514291182     E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 10 2018 23:31:14     American Honda Finance*,
              PO Box 168088,   Irving, TX, 75016
```

```
District/off: 0312-2          User: admin              Page 2 of 4              Date Rcvd: Jul 10, 2018
                             Form ID: 192              Total Noticed: 93


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514291199         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2018 23:35:59       Cap One,
                  Po Box 85520,   Richmond, VA 23285
514291198        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2018 23:35:25       Cap One,
                  26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
514291200        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2018 23:35:26       Capital 1 Bank*,
                  Attn: Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
514291201        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:29       Cb/frtnoff,
                  Po Box 182273,   Columbus, OH 43218-2273
514291221        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:29       Comenity Bank/Mandees*,
                  Attn: Bankruptcy,   PO Box 182686,   Columbus, OH 43218-2686
514291222        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:29       Comenity Bank/Mandees*,
                  PO Box 182686,   Columbus, OH 43218-2686
514291217        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:29       Comenity Bank/anniesez,
                  995 W 122nd Ave,   Westminster, CO 80234-3417
514291218        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:29       Comenity Bank/express,
                  Po Box 182789,   Columbus, OH 43218-2789
514291219        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:30       Comenity Bank/limited,
                  Po Box 182789,   Columbus, OH 43218-2789
514291220        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:30       Comenity Bank/mandee,
                  995 W 122nd Ave,   Westminster, CO 80234-3417
514291223        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:30       Comenity Bank/pier 1,
                  4590 E Broad St,   Columbus, OH 43213-1301
514291224        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:30       Comenity Bank/vctrssec,
                  Po Box 182789,   Columbus, OH 43218-2789
514291226        +E-mail/Text: mrdiscen@discover.com Jul 10 2018 23:29:53       Discover Fin Svcs Llc,
                  Po Box 15316,   Wilmington, DE 19850-5316
514291231        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:30       Express/Comenity Bank*,
                  Attention: Bankruptcy Dept,   PO Box 182686,   Columbus, OH 43218-2686
514291234        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:48       GECRB / JC Penney*,
                  Attn: Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
514291235        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:18       GECRB/ Old Navy*,
                  Attention: GEMB,   PO Box 103104,   Roswell, GA 30076-9104
514291237        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:19       GECRB/Gap*,   Attn: bankruptcy,
                  PO Box 103104,   Roswell, GA 30076-9104
514291240        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:19       GECRB/JC Penny*,
                  Attention: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
514291245        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:18       GECRB/PC Richard*,
                  Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
514291247        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:47       GEMB/PC Richards & Sons*,
                  Attention: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
514291236        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:47       Gecrb/gap,   Po Box 965005,
                  Orlando, FL 32896-5005
514291238        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:48       Gecrb/gapdc,   Po Box 965005,
                  Orlando, FL 32896-5005
514291239        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:48       Gecrb/jc Penney Dc,
                  Po Box 965007,   Orlando, FL 32896-5007
514291241        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:52       Gecrb/jcp,   P.o. Box 965008,
                  Orlando, FL 32896-5008
514291242        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:52       Gecrb/old Navy,   Po Box 965005,
                  Orlando, FL 32896-5005
514291243        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:53       Gecrb/pc Richard,
                  C/o Po Box 965036,   Orlando, FL 32896-0001
514291244        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:19       Gecrb/pc Richard,   Po Box 981439,
                  El Paso, TX 79998-1439
514291246        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:19       Gecrb/tjx Cos,   Po Box 965005,
                  Orlando, FL 32896-5005
514291248        +E-mail/Text: hannlegal@hannfinancial.com Jul 10 2018 23:30:18       Hann Financial Service,
                  1 Centre Dr,   Jamesburg, NJ 08831-1564
514291253        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2018 23:29:57       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
514921248         E-mail/PDF: pa_dc_claims@navient.com Jul 10 2018 23:35:34       Navient Solutions Inc.,
                  Po Box9640,   Wilkes-Barre, PA 18773-9640
515210142         E-mail/PDF: pa_dc_claims@navient.com Jul 10 2018 23:35:31       Navient Solutions, Inc.,
                  P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
514291258        +E-mail/Text: bnc@nordstrom.com Jul 10 2018 23:30:05       Nordstrom FSB*,
                  Attention: Account Services,   PO Box 6566,   Englewood, CO 80155-6566
514291257        +E-mail/Text: bnc@nordstrom.com Jul 10 2018 23:30:05       Nordstrom Fsb,   Po Box 6555,
                  Englewood, CO 80155-6555
517402937         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2018 23:36:01
                  Portfolio Recovery Associates, LLC,   c/o Capital One, N.a.,   POB 41067,   Norfolk VA 23541
514863027         E-mail/Text: bnc-quantum@quantum3group.com Jul 10 2018 23:30:48
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
514291264        +E-mail/PDF: pa_dc_claims@navient.com Jul 10 2018 23:35:33       Sallie Mae,   Po Box 9655,
                  Wilkes Barre, PA 18773-9655
515012560         E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:19       Synchrony Bank,
                  c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
514291276        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:28       The Limited/WFNNB*,
                  WFNNB/Attn: Bankruptcy,   PO Box 182686,   Columbus, OH 43218-2686
```

```
District/off: 0312-2          User: admin              Page 3 of 4            Date Rcvd: Jul 10, 2018
                              Form ID: 192             Total Noticed: 93


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514291279       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:29    Victoria's Secret*,
                 Attention: Bankruptcy,   PO Box 182125,   Columbus, OH 43218-2125
                                                                                     TOTAL: 44


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515054995*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514291187*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,   Po Box 982235,   El Paso, TX 79998)
514291188*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,   Po Box 982235,   El Paso, TX 79998)
514291189*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America*,   Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC, 27410)
514291190*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America*,   P.O. Box 982236,   El Paso, TX, 79998)
514291192*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
514291193*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
514291194*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
514291185*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
514291196*      +Bk Of Amer*,   Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,
                 Simi Valley, CA 93062-5170
514291197*      +Bk Of Amer*,   Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,
                 Simi Valley, CA 93062-5170
514291214*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Usa*,   Citicorp Credit Services/Attn:Centralize,
                 PO Box 20507,   Kansas City, MO, 64195)
514291215*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  Citibank*,   Attn: Centralized Bankruptcy,   PO Box 20363,
                 Kansas City, MO, 64195)
515121242*      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514291203*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291204*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291205*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291206*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291207*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291208*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514291280*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court:  Webbank/dfs,   1 Dell Way,   Round Rock, TX 78682)
514860857*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court:  Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
514291228*      +Dsnb Bloom,   9111 Duke Blvd,   Mason, OH 45040-8999
514291230*      +Dsnb Bloomingdales*,   Macy's Bankruptcy Dept.,   6356 Corley Road,   Norcross, GA 30071-1704
514291256*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Mazda Amer Cr*,   Ford Credit,   PO Box 6275,   Dearborn, MI, 48121)
514921249*      Navient Solutions Inc.,   Po Box9640,   Wilkes-Barre, PA 18773-9640
514291266*      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514291267*      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514291268*      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514291269*      +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514291271*      +State Of Nj Student As,   4 Quakenbridge Plz,   Trenton, NJ 08619-1241
514291273*      +State Of Nj Student As*,   PO Box 548,   Attn: Bankruptcy Department,   Trenton, NJ 08625-0548
514291278*      +Valley National Bank,   31-00 Broadway,   Fair Lawn, NJ 07410-3955
514291252     ##+Hsbc/saks,   Po Box 10327,   Jackson, MS 39289-0327
                                                                        TOTALS: 0, * 33, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 4 of 4              Date Rcvd: Jul 10, 2018
                              Form ID: 192             Total Noticed: 93
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
          Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara  Edwards    on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro, P.C.
           bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Barbara  Edwards   bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Barbara  Edwards    on behalf of Accountant   Gramkow, Carnevale, Seifert & Co, LLC
           bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa M. McQuade    on behalf of Creditor   NJCLASS lmcquade@feinsuch.com
          R. A. Lebron    on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Robert M. Rich    on behalf of Debtor Joseph  Gruttadauria rrlaw@aol.com,
           G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
          Robert M. Rich    on behalf of Joint Debtor Sharyn  Gruttadauria rrlaw@aol.com,
           G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10
```