UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Barbara A. Edwards, Esq., Interim Trustee
c/o Muscarella, Bochet, Edwards &
D'Alessandro, P.C.
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100

In re:

Joseph Gruttadauria & Sharyn Gruttadauria,

Debtors.

Order Filed on August 10, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No. 13-32839-SLM

Adv. Pro. No.

Hearing Date: None

Judge: ~~Meisl~~ Stacey L. Meisel

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two(2) through two is hereby **ORDERED.**

DATED: August 10, 2018

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

RE:      Joseph Gruttadauria and Sharyn Gruttadauria, Debtors
CHAPTER:   7
CASE NO:   13-32839-SLM
**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

---

AND NOW, this 7th day of August, 2018 ~~2017~~, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED,** that the sum of $ 5,750.00 is reasonable compensation for the services in this case by Barbara A. Edwards, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 80.08 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.