| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Barbara A. Edwards, Esq., Interim Trustee<br>c/o Muscarella, Bochet, Edwards &<br>D'Alessandro, P.C.<br>10-04 River Road<br>Fair Lawn, NJ 07410<br>Telephone: 201-796-3100 | Order Filed on August 10, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In re:<br><br>Joseph Gruttadauria & Sharyn Gruttadauria,<br><br>          Debtors. | Case No. 13-32839-SLM<br><br>Adv. Pro. No.<br><br>Hearing Date: None<br>    Stacey L. Meisel<br>Judge: ~~Meisel~~ |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two(2) through two is hereby **ORDERED.**

DATED: August 10, 2018

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

RE:    Joseph Gruttadauria and Sharyn Gruttadauria, Debtors
CHAPTER:    7
CASE NO:    13-32839-SLM
**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

---

**AND NOW,** this 7th day of August, ~~2017~~ 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED,** that the sum of $ 5,750.00 is reasonable compensation for the services in this case by Barbara A. Edwards, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 80.08 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Gruttadauria  
Sharyn Gruttadauria  
    Debtors

Case No. 13-32839-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 10, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.  
db/jdb      +Joseph Gruttadauria,   Sharyn Gruttadauria,   326 Grant Ave,   Nutley, NJ 07110-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:

        Barbara   Edwards   on behalf of Accountant   Gramkow, Carnevale, Seifert & Co, LLC  
         bedwardstrustee@aol.com,  NJ48@ecfcbis.com  
        Barbara   Edwards   on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,  
         NJ48@ecfcbis.com  
        Barbara   Edwards   on behalf of Attorney   Muscarella, Bochet, Edwards & D'Alessandro, P.C.  
         bedwardstrustee@aol.com,  NJ48@ecfcbis.com  
        Barbara   Edwards   bedwardstrustee@aol.com,  NJ48@ecfcbis.com  
        Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Lisa M. McQuade   on behalf of Creditor   NJCLASS lmcquade@feinsuch.com  
        R. A. Lebron   on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
        Robert M. Rich   on behalf of Joint Debtor Sharyn  Gruttadauria rrlaw@aol.com,  
         G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
        Robert M. Rich   on behalf of Debtor Joseph  Gruttadauria rrlaw@aol.com,  
         G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 10