Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  13–32839–SLM
    Chapter:  7
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Joseph Gruttadauria | Sharyn Gruttadauria |
|---|---|
| 326 Grant Ave | 326 Grant Ave |
| Nutley, NJ 07110 | Nutley, NJ 07110 |

Social Security No.:
  xxx–xx–6836                                      xxx–xx–4137

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 12, 2018</u>          <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court